IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT FINLEY,<br><br>        Plaintiff,<br><br>v.<br><br>N.D.O.C., et al.,<br><br>        Defendants. | Case No. 3:08-cv-00099-ECR-VPC<br><br>**STIPULATION OF DISMISSAL**<br>AND ORDER |

    Plaintiff, Robert Finley, in *pro se*, and Defendants, Howard Skolnik, Dr. Bruce Bannister, Warden Jack Palmer, Dr. John Scott, Associate Warden Isidro Baca, Associate Warden Ronald Halstead, Senior Officer Kenneth Cantrell, and Officer Shawn Thorne (collectively "Defendants"), by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Alicia L. Lerud, Deputy Attorney General, hereby stipulate to the dismissal, with prejudice, of United States District Court case number

/ / /

/ / /

/ / /

/ / /

3:08-cv-00099-ECR-VPC. This stipulation is made pursuant to the attached settlement agreement and Fed. R. Civ. P. 41(a).

Dated this ___ day of August, 2008.

By: _____
Robert Finley
Plaintiff In Pro Per

Dated this 13th day of August, 2008.

CATHERINE CORTEZ MASTO
Attorney General

By: _____
Alicia L. Lerud
Deputy Attorney General
Attorneys for Defendants
Bruce Bannister, Kenneth Cantrell, John Scott, Howard Skolnik, and Shawn Thorne

IT IS SO ORDERED.

DATED this 15th day of August, 2008.

_____ for
EDWARD C. REED, JR.
UNITED STATES DISTRICT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717